UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAFAEL COUSO M.,[1]

    Petitioner,

    v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY, et al.

    Respondents.

Case No.  1:26-cv-4977-TLN-JDP

(A# 216-914-238)

**RELEASE ORDER**

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 10.)  Respondents filed a one-sentence objection to the findings and recommendations reasserting the arguments set forth in their briefing. (ECF No. 11.)

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed July 29, 2026 (ECF No. 10) are ADOPTED in full;

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.    Respondents are ordered to IMMEDIATELY RELEASE Petitioner (A# 216-914-238) from their custody subject to the previously-imposed conditions of release;

4.    Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they obtain a travel document for his removal and follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;

5.    The Clerk of Court is directed to serve this order on **California City Detention Facility**; and

6.    The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATE: July 30, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2